1068

No. A–522. RECTOR v. CLINTON, GOVERNOR OF ARKANSAS, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. 91–7107 (A–530). RECTOR v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied. Certiorari denied.

No. 91–1084. COTLOW ET AL. v. EMISON ET AL. Appeal from D. C. Minn. The order of January 10, 1992 [*ante*, p. 1022], having vacated the order from which the appeal is taken, the appeal is dismissed as moot.

No. 90–1136. ARIZONA v. LENGYEL ET AL. Ct. App. Ariz. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *White* v. *Illinois*, *ante*, p. 346.

No. 91–724. GERSMAN ET AL. v. GROUP HEALTH ASSN., INC. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the Civil Rights Act of 1991.

No. 91–5705. PROWS v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Smith* v. *Barry*, *ante*, p. 244.